

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00669-CR

Arnoldo A. **ALMEIDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR7294
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED September 11, 2024.

Lori Massey Brissette, Justice